# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JEFFREY JAY PENNINGTON,**
    **Plaintiff,**

vs.                                                                                    Case No. 3:07cv22/RV/MD

**DEPARTMENT OF HIGHWAY SAFETY AND**
 **MOTOR VEHICLES, et al.,**
    **Defendants.**

_____

## ORDER GRANTING LEAVE TO PROCEED
## IN FORMA PAUPERIS

This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). Good cause having been shown, it is ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED to the extent that the case may proceed without the prepayment of the entire filing fee.

2. A review of plaintiff's inmate trust account reveals that although he presently has only $40.78 in his account, there have been deposits made to his account over the last two months totaling $415.65.[1] The clerk of court shall, therefore, assess plaintiff **$41.57** as an <u>initial partial filing fee</u> as provided in 28 U.S.C. § 1915(b)(1)(A). THE TOTAL FILING FEE IN THIS CASE IS $350.00.

3. Plaintiff shall have **thirty (30) days** in which to submit the initial partial filing fee as assessed by the clerk of court. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks

---

[1] Although the court normally requires a printout of the transactions in the inmate's account for the **six-month** period preceding the filing of the complaint, plaintiff's IFP application indicates that he has been incarcerated for only two months. He does not indicate his date of last employment or income therefrom.

directly from prisoners will not be accepted. The following information shall either be included on the face of the check or money order or attached thereto:

      (1)    the full name of the prisoner;
      (2)    the prisoner's inmate number; and
      (3)    Northern District of Florida Case Number: **3:07cv22/RV/MD**

Checks or money orders which do not have this information will be returned to the penal institution or to plaintiff.

    4.    After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income (that is, all funds deposited into the account) <u>in each case he has filed in this court.</u>$^2$  The agency having custody of the prisoner shall forward payments from the prisoner's account on a monthly basis to the clerk of court each time the amount in the account exceeds $10.00. These payments shall continue <u>until the filing fee of $350.00 is paid in full</u>.

    5.    The clerk of court shall MAIL a copy of this order with the appropriate cover letter to: Escambia County Jail, Post Office Box 17800, Pensacola, FL 32522, ATTN: Finance Dept.

    6.    No further action shall be taken with regard to plaintiff's claims until the initial partial filing fee is received.

    7.    Plaintiff's failure to submit the partial filing fee as instructed may result in a recommendation of dismissal of this action and plaintiff's inability to proceed *in forma pauperis* in future actions.

    8.    Plaintiff is warned that he is ultimately responsible for payment of the filing fee should the agency with custody over him lapse in its duty to make payments on his behalf. If plaintiff spends funds that should have been forwarded to the court as per the payment formula above, this case may be dismissed for non-payment. Furthermore, if plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this order for this purpose. Finally, plaintiff

---

$^2$Thus, prisoners who have filed more than one case may be required to make payments totaling 40%, 60%, 80% or even 100% of their monthly deposits.

*Case No: 3:07cv22/RV/MD*

is advised that dismissal or other disposition of this action will NOT relieve him of the obligation to pay the full filing fee in this case.

DONE AND ORDERED this 16th day of February, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:07cv22/RV/MD*