IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY JAY PENNINGTON,
    Plaintiff,

vs.                                      3:07cv22/RV/MD

DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLES, et al.,
    Defendants.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 13, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim, and the clerk is directed to close the file.

    At Pensacola, Florida, this 11th day of April, 2007.

                                                  /s/ *Roger Vinson*
                                                  ROGER VINSON
                                                  SENIOR UNITED STATES DISTRICT JUDGE